## WARRANT FOR A TRACKING DEVICE

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v. | MAGISTRATE'S CASE NO. 8:24-MJ-00154-DUTY |
| THE PREMISES KNOWN AS:<br>a 2020 white Honda Accord bearing California license plate 8NKE254 and vehicle identification number 1HGCV2F32LA002053 | TO:<br>**ANY SPECIAL AGENT(S) WITH THE DEA OR ANY OTHER AUTHORIZED OFFICER** |

Affidavit(s) having been made before me by the below-named affiant that s/he has probable cause to believe that the premises known as

A 2020 White Honda Accord, California license plate 8NKE254, vehicle identification number **1HGCV2F32LA002053** (the "SUBJECT VEHICLE")

currently in the Central District of California

will be used to facilitate the crimes of:

Title 21, United States Code, § 841(a)(1): Distribution of and Possession with Intent to Distribute Controlled Substances and Title 21, United States Code, § 846: Conspiracy to Distribute Controlled Substances

and as I am satisfied that the grounds for issuance of this warrant exist as stated in the supporting affidavit,

**YOU ARE HEREBY COMMANDED** to complete the installation of a tracking device, as requested in the supporting affidavit, within 10 calendar days of the date of this order, and thereafter may use, monitor, and maintain the tracking device for a period not to exceed 45 days from the date this warrant is issued, unless this court, for good cause shown, grants one or more extensions of this order. The device may be used to track the movement of the person or property described above both within and outside of this District. Pursuant to 18 U.S.C. § 3103a(b), this warrant prohibits the seizure of any tangible property, or any other prohibited wire or electronic information as stated in 18 U.S.C. § 3103a(b)(2).

**YOU ARE FURTHER COMMANDED** to perform the installation, maintenance, and removal as authorized by this warrant wherever the property is located, including any movement of the property being tracked, if necessary for good cause shown at any time in the day or night.

**YOU ARE FURTHER COMMANDED** to remove the tracking device from the person or property to be tracked, if able to do so, on or before the last date of authorized use of the tracking device, and, within 10 calendar days after the use of the tracking device has ended, to return this warrant to the duty U.S. Magistrate Judge through a filing with the Clerk's Office. Because this Court finds reasonable cause exists to believe that providing immediate notification of this warrant may have an adverse result, service of the warrant is permitted to be delayed for a period of 30 days from the date that the use of the tracking device has ended, and must otherwise be as directed in Federal Rule of Criminal Procedure 41(f)(2)(C) and (f)(3) and in any court orders issued pursuant thereto.

| NAME OF AFFIANT<br>**Matthew Waters** | SIGNATURE U.S. MAGISTRATE JUDGE<br>**HONORABLE DOUGLAS F. McCORMICK** | DATE/TIME ISSUED<br>March 29, 2024<br>at 11:50 AM |
|---|---|---|

AUSA B. Marrett (x3505)

# RETURN

**DATE TRACKING DEVICE WARRANT RECEIVED:**
March 29, 2024 11:50 a.m.

**DATE AND TIME TRACKING DEVICE INSTALLED:**
April 3, 2024 at 7:40 p.m.

**PERIOD DURING WHICH TRACKING DEVICE WAS USED:**
On April 3, 2024, at 7:40 p.m. (PST), DEA Special Agents Ronald Saar, Steven Levin, and Y. Rochelle Galvez installed the GPS tracker on the Honda Accord in the area of 15018 Clark Avenue Hacienda Heights, CA. On April 24, 2024, at approximately 8:30 a.m.(PST), DEA Special Agent Zach Bergeron and Matthew Sugiyama removed the GPS tracker from the Honda Accord in the area of 200 N. Newhope Street Santa Ana, CA.

# CERTIFICATION

**I declare under penalty of perjury that I am an officer involved in the execution of this warrant, that this is a true notation of the date and time of installation and the period of use for the tracking device pursuant to the Warrant, and that this was returned along with the Warrant to the designated judge through a filing with the Clerk's Office.**

Date: 4/30/2024

*Executing officer's signature*